IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL CASE NO. 1:13cv47

| | |
|---|---|
| CARMEN THOMPSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| NEILS LAUSTEN, d/b/a ) | |
| The Riverside Pavilion, d/b/a ) | |
| Heavenly Hoggs, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court *sua sponte*.

On February 27, 2013, this Court denied the Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs. [Doc. 3]. In that Order, the Plaintiff was ordered to pay the filing fee on or before March 29, 2013. [Id.]. She was warned in that Order that the failure "to pay the filing fee will result in the dismissal of this action without prejudice and without further notice." [Id.].

The Plaintiff failed to pay the filing fee on or before March 29, 2013. As a result, this action will be dismissed.

**IT IS, THEREFORE, ORDERED** that this action is hereby **DISMISSED** without prejudice.

Signed: April 12, 2013

Martin Reidinger
United States District Judge